

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2021

No. 04-21-00394-CV

Adalgiza **GARCIA**,
Appellant

v.

Derly **MASCORRO**,
Appellee

From the County Court at Law, Starr County, Texas
Trial Court No. CC-20-170
Honorable Orlando Rodriguez, Judge Presiding

# O R D E R

The reporter's record was originally due on October 18, 2021. Alma Garza, the court reporter responsible for preparing a portion of the record, has not filed that portion. On October 26, 2021, a deputy clerk of this court sent Ms. Garza a letter notifying her of the late record and requiring her to file the record by November 29, 2021. To date, Ms. Garza has not filed the record or a notification of late record. Accordingly, it is ORDERED that Ms. Garza must file the portion of the reporter's record for which she is responsible by **December 31, 2021**. No extensions of time to file the record will be granted absent extenuating circumstances.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court